UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ELEAZAR CANTU, JR.** § | |
| § | |
| VS. § | Civil Action 4:16-cv-03703 |
| § | |
| **STATE FARM MUTUAL AUTOMOBILE** § | |
| **INSURANCE COMPANY** § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT JUDGE:

COME NOW, **ELEAZAR CANTU, JR.,** Plaintiff, and **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**, Defendant, and file this Stipulation of Dismissal with Prejudice, stating that Plaintiff has entered into a settlement with Defendant and that Plaintiff no longer wishes to pursue said action against Defendant. The parties are in agreement with this stipulation which is filed pursuant to Fed. R. Civ. P. (a)(1)(A)(ii), and dismissal of all of Plaintiff's claims against Defendant is binding upon filing.

Respectfully Submitted,

**CRIACO & ASSOCIATES**
519 N. Sam Houston Pkwy. E., Suite 500
Houston, TX 77060
(713) 663-6600 – Telephone
(713) 663-7923 – Facsimile


By:   */s/ Adam P. Criaco*
        *Adam P. Criaco*
        Texas Bar No. 05075770
        Federal I.D. No. 15701
        Adam.criaco@criacolaw.com

**ATTORNEY FOR PLAINTIFF,**
**ELEAZAR CANTU, JR.**

          **GERMER PLLC**
2929 Allen Parkway, Suite 2900
Houston, Texas 77019
(713) 650-1313 – Telephone
(713) 739-7420 – Facsimile


By:  */s/ Barbara L. Hachenburg*
      ***Barbara L. Hachenburg***
      Federal Bar No. 20036
      Texas Bar No. 08667070
      bhachenburg@germer.com
      ***Gregory M. Howard***
      Federal Bar No. 619850
      Texas Bar No. 24042989
      ghoward@germer.com

**ATTORNEYS FOR DEFENDANT,
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**


## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel pursuant to the Federal Rules of Civil Procedure on this the 17th day of July, 2017.

          */s/ Barbara L. Hachenburg*
          **Barbara L. Hachenburg**